UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

UNITED STATES OF AMERICA

v.  Case No. 3:01-cr-71-J-25HTS

STEVE ANDERSON

## REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

This matter is before the Court on the Petition on Probation and Supervised Release, filed on August 24, 2006 (Dkt. 243). On November 20, 2006, the Court conducted a hearing on the matter at which defendant appeared with counsel, Ronald Maxwell, Esquire and the government was represented by Kathleen O'Malley, Assistant United States Attorney.

Having reviewed the report of the probation officer, having heard from counsel for defendant and the government, and having heard the defendant's admission to allegations one and two, and the government's proffer and evidence as to allegation three, the Court finds that defendant has violated the terms of supervised release as set forth in allegations one, two and three of the Petition. Allegation four was dismissed on the government's motion. Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED:**

1. That defendant's supervised release is revoked; and

2. That defendant is committed to the custody of the United States Bureau of Prisons for a term of six (6) months.

**DONE AND ORDERED** at Jacksonville, Florida, this 30 day of November, 2006.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Defendant
U.S. Marshal
U.S. Probation Officer
Pretrial Services